**Order entered March 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00020-CV

**BRENDA KAPPOS, Appellant**

**V.**

**DOUGLAS F. BAXTER, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-11757**

## ORDER

Before the Court is appellant's March 1, 2019 motion for an extension of time to file her notice of appeal. We **GRANT** the motion. The notice of appeal filed on January 7, 2019 is deemed timely for jurisdictional purposes.

Appellant has provided written verification that she has requested and paid for the reporter's record. Accordingly, we **ORDER** Diane Robert, Official Court Reporter for the 14th Judicial District Court, to file the reporter's record by **March 21, 2019**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Robert and all parties.

/s/     BILL WHITEHILL
         JUSTICE